| | | | | |
|---|---|---|---|---|
| Cumberland County CYS v. DHS | 1679CD15 | 12/19/2016 | Bureau of Hearings and Appeals, Department of Human Services 021–14–1018 | Affirmed |
| Franklin v. UCBR . . . . . . . . . . . . . | 291CD16 | 12/19/2016 | Unemployment Compensation Board of Review B–585894 | Affirmed |
| Tracey v. UCBR . . . . . . . . . . . . . . | 378CD16 | 12/19/2016 | Unemployment Compensation Board of Review B–586363 | Affirmed |
| Becker v. DEP . . . . . . . . . . . . . . . | 401CD16 | 12/19/2016 | Environmental Hearing Board 2013–038–C | Quashed |
| Lewis v. WCAB (Fastrack Construction, Inc.) . . . . . . . . . . . . . . | 416CD16 | 12/19/2016 | Workers' Compensation Appeal Board A15–0897 | Affirmed |
| Richardson v. Walsh . . . . . . . . . . | 1045CD16 | 12/19/2016 | Luzerne County 2015–9352 | Affirmed |
| 5542 Penn LP v. ZB of Adj. of City of PGH . . . . . . . . . . . . . . . . | 2227CD15 | 12/20/2016 | Allegheny County SA14–001150 | Reversed |
| Lucas v. WCAB (City of Sharon) | 2606CD15 | 12/20/2016 | Workers' Compensation Appeal Board A14–1083 | Affirmed |
| Gilliard v. WCAB (Protocall) . . . . | 8CD16 | 12/20/2016 | Workers' Compensation Appeal Board A15–0178 | Affirmed |
| Somerset Boro v. Teamsters Local Union No. 205 . . . . . . . . . . . | 104CD16 | 12/20/2016 | Somerset County 571 Civil 2015 | Affirmed |
| Cmwlth v. Anderson . . . . . . . . . . . | 301CD16 | 12/20/2016 | Allegheny County CP–02–SA–0001893–2015 | Affirmed |
| Klamut v. WCAB (Fleming Steel Co.) . . . . . . . . . . . . . . . . . . . . . . | 405CD16 | 12/20/2016 | Workers' Compensation Appeal Board A14–1060 | Affirmed |
| Freeman v. PBPP . . . . . . . . . . . . . | 528CD16 | 12/20/2016 | Board of Probation & Parole 1534–V | Affirmed |
| Banks v. UCBR . . . . . . . . . . . . . . . | 619CD16 | 12/20/2016 | Unemployment Compensation Board of Review B–587662 | Affirmed |